FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 20 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON BARNES     PLAINTIFF

v.     CASE NO. 4:25cv498-DPM

BRINKER ARKANSAS, INC. d/b/a
CHILI'S GRILL & BAR     DEFENDANTS

## ANSWER

Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar (hereafter "Chili's"), for its answer to plaintiff's complaint, states:

1. Chili's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 1 of plaintiff's complaint and, therefore, denies those allegations.

2. Chili's admits the allegations in paragraph 2 of plaintiff's complaint.

3. Chili's admits this action arises from plaintiff's claim that he slipped and fell at the Chili's restaurant located at 4000 McCain Blvd. in North Little Rock. Chili's denies the remaining allegations in paragraph 3 of plaintiff's complaint.

4. Chili's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 4 of plaintiff's complaint and, therefore, denies those allegations.

5. Chili's admits proper jurisdiction and venue.

6. Chili's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 6 of plaintiff's complaint and, therefore, denies those allegations.

7. Chili's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 7 of plaintiff's complaint and, therefore, denies those allegations.

8. Chili's denies the allegations in paragraph 8 of plaintiff's complaint.

1

9. Chili's denies the allegations in paragraph 9 of plaintiff's complaint.

10. Chili's denies the allegations in paragraph 10 of plaintiff's complaint.

11. Chili's lacks sufficient information or knowledge to admit or deny the allegations in paragraph 11 of plaintiff's complaint and, therefore, denies those allegations.

12. Chili's admits that plaintiff entered the men's restroom while at the restaurant, but lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph 12 of plaintiff's complaint and, therefore, denies those allegations.

13. Chili's denies the allegations in paragraph 13 of plaintiff's complaint.

14. Chili's denies the allegations in paragraph 14 of plaintiff's complaint.

15. Chili's denies the allegations in paragraph 15 of plaintiff's complaint.

16. Chili's adopts, restates, realleges, and incorporates herein in their entirety all of its responses to paragraphs 1 through 15 of plaintiff's complaint.

17. Chili's admits it owes its business invitees a duty to use ordinary care to maintain its premises in a reasonably safe condition. Chili's lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph 17 of plaintiff's complaint and, therefore, denies those allegations.

18. Chili's denies the allegations in paragraph 18 of plaintiff's complaint.

19. Chili's denies the allegations in paragraph 19 of plaintiff's complaint.

20. Chili's denies the allegations in paragraph 20 of plaintiff's complaint.

21. Chili's denies the allegations in paragraph 21 of plaintiff's complaint.

22. Chili's admits it owes its business invitees a duty to use ordinary care to maintain its premises in a reasonably safe condition. Chili's lacks sufficient information or knowledge to

admit or deny the remaining allegations in paragraph 22 of plaintiff's complaint and, therefore, denies those allegations.

23. Chili's denies the allegations in paragraph 23 of plaintiff's complaint.

24. Chili's denies the allegations in paragraph 24 of plaintiff's complaint, and each subparagraph thereto.

25. Chili's denies the allegations in paragraph 25 of plaintiff's complaint.

26. Chili's denies the allegations in paragraph 26 of plaintiff's complaint.

27. Chili's denies the allegations in paragraph 27 of plaintiff's complaint.

28. Chili's denies the allegations in paragraph 28 of plaintiff's complaint.

29. Chili's adopts, restates, realleges, and incorporates herein in their entirety all of its responses to paragraphs 1 through 28 of plaintiff's complaint.

30. The first sentence of paragraph 30 of plaintiff's complaint states a legal conclusion that does not require an admission or denial by Chili's. Chili's denies the remaining allegations in paragraph 30 of plaintiff's complaint.

31. Paragraph 31 of plaintiff's complaint states a legal conclusion that does not require an admission or denial by Chili's..

32. Chili's adopts, restates, realleges, and incorporates herein in their entirety all of its responses to paragraphs 1 through 31 of plaintiff's complaint.

33. Chili's denies the allegations in paragraph 33 of plaintiff's complaint, and each subparagraph thereto.

34. Chili's denies the allegations in paragraph 34 of plaintiff's complaint.

35. Chili's denies the allegations in paragraph 35 of plaintiff's complaint.

36. Chili's also requests a jury trial.

37. Chili's denies the allegations in the WHEREFORE clause of plaintiff's complaint.

38. Chili's denies each and every allegation contained in plaintiff's complaint that is not specifically admitted herein.

39. Chili's reserves the right to amend pleadings, including this answer, and to file other pleadings as appropriate.

40. Chili's specifically asserts that plaintiff's complaint fails to state a claim upon which relief can be granted and should be dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

41. While Chili's denies that plaintiff sustained any damages while on the premises of any Chili's restaurant, if any damages were sustained by plaintiff, they were caused by the fault or negligence of plaintiff or some other person over whom Chili's had no control.

42. Chili's affirmatively asserts the defenses of contributory negligence, comparative fault, assumption of the risk, and that plaintiff's claims are barred by the applicable statute of limitations.

43. Chili's affirmatively asserts all defenses authorized by the United States Code Annotated and common law to each of the causes of action pleaded by plaintiff in plaintiff's complaint.

WHEREFORE, Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar prays that this Court enter judgment in favor of Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar, dismissing plaintiff's complaint with prejudice and awarding Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar its costs, attorney's fees and all other proper relief.

_____
Thomas G. Williams, Bar I.D. #88186
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street | Suite 1900
Little Rock, AR 72201
(501) 379-1700
(501) 379-1701 FAX
twilliams@qgtlaw.com


*Attorneys for Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar*