**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON BARNES**                                                              **PLAINTIFF**

**v.**                                     **No. 4:25-cv-498-DPM**

**BRINKER ARKANSAS, INC.,**
**d/b/a Chili's Grill and Bar**                                   **DEFENDANT**

### ORDER

Barnes's lawyer, Mr. Hartwick, is not admitted to practice before this Court.  More than a month ago, Mr. Hartwick advised the Clerk of Court that a colleague at his firm who is a member of this Court's bar would be appearing for Barnes.  This has not happened.  The Court therefore removes Mr. Hartwick as counsel of record.  Barnes is now *pro se*.  Mr. Hartwick must provide the Clerk with Barnes's complete contact information, and mail him a copy of this Order, by 15 July 2025. The Court directs the Clerk to email and mail a copy of this Order to Mr. Hartwick.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2025