IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON BARNES                                                                                    PLAINTIFF

v.                                    No. 4:25-cv-498-DPM

BRINKER ARKANSAS, INC.,
d/b/a Chili's Grill and Bar                                                              DEFENDANT

## ORDER

Motion, *Doc. 7*, granted. John Miller has now entered his appearance for Barnes, and Barnes is not *pro se*. The motion to substitute, *Doc. 6*, is denied as moot.

So Ordered.

*(signed)* W.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

8 July 2025