# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

JASON BARNES

       *Plaintiff*
        v.

BRINKER ARKANSAS, INC. d/b/a CHILI'S GRILL & BAR

)
)
)
)
)
)

Case No. 4:25cv-498-DPM

       *Defendant*

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar

Date: July 8, 2025

    Laura L. O'Hara    2021150
    *Attorney's printed name and bar number*

    111 Center St., Suite 1900, Little Rock, AR 72201
    *Address*

    lohara@qgtlaw.com
    *E-mail address*

    501-379-1747
    *Telephone number*

    501-379-1701
    *FAX number*