# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

JASON BARNES

*Plaintiff*
v.                                             )  Case No. 4:25-cv-498-DPM
                                               )
BRINKER ARKANSAS, INC.                         )
d/b/a CHILI'S GRILL & BAR                      )
                                               )
                                               )

*Defendant*

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jason Barnes

Date: October 1, 2025

Lee Curry, Ark. Bar No. 2014153
*Attorney's printed name and bar number*

124 W. Capitol Ave., Ste. 1820 Little Rock, AR 72201
*Address*

Lcurry@daspitlaw.com
*E-mail address*

(501) 512-0367
*Telephone number*

(713) 587-9086
*FAX number*