IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON BARNES**                                                                                      **PLAINTIFF**

**v.**                              **Case No. 4:25-CV-498-DPM**

**BRINKER ARKANSAS, INC. d/b/a**
**CHILI'S GRILL & BAR**                                                                    **DEFENDANT**

## JOINT RULE 26(f) REPORT

Plaintiff and Defendant submit the following information required by Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1.

**1.  Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

The parties agree to exchange initial disclosures as set forth in Federal Rule of Civil Procedure 26(a)(1) on or before October 17, 2025.

**2.  Date when mandatory disclosures were or will be made.**

The parties agree that the mandatory disclosures set forth in Federal Rule of Civil Procedure 26(a) will be made as follows:

(a)  Initial disclosures under Rule 26(a)(1) will be made on or before October 17, 2025, as set forth in paragraph 1.

(b)  Plaintiff's expert disclosures under Rule 26(a)(2) will be made no later than November 21, 2025.

(c)  Defendant's expert disclosures under Rule 26(a)(2) will be made no later than December 22, 2025.

(d)  Plaintiff's rebuttal expert disclosures under Rule 26(a)(2) will be made no later than January 5, 2026.

1

    (e)    Pretrial disclosures under Rule 26(a)(3) should be made no later than September 3, 2026.

    **3.**    **Subjects on which discovery may be needed.**

Standard discovery on liability, damages, and affirmative defenses may be needed.

    **4.**    **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.**

    Yes.

        **a.**    **whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;**

    Yes.

        **b.**    **the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;**

    None.

        **c.**    **the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;**

The parties anticipate that they will print and produce such data or produce the data in a format that is readable by all parties. Documents and data will be produced in native format, PDF, or any other format as required or necessary of the data source, by agreement of the parties.

        **d.**    **whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;**

    Yes.

        **e.**    **other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

    None at this time.

    **5.**    **Date by which discovery should be completed.**

The parties propose that discovery be completed no later than February 4, 2026.

**6.**     **Any changes needed in limitations imposed by the Federal Rules of Civil Procedure.**

None.

**7.**     **Any orders, e.g. protective orders, which should be entered.**

None at this time.

**8.**     **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

None.

**9.**     **Any objections to the proposed trial date.**

None.

**10.**    **Proposed deadline for joining other parties and amending the pleadings.**

The parties propose that the deadline for seeking to join other parties or amend pleadings be October 24, 2025.

**11.**    **Proposed deadline for completing discovery.**

The parties propose that discovery be completed by February 4, 2026.

**12.**    **Proposed deadline for filing motions.**

The parties propose that all dispositive motions be filed no later than April 3, 2026.

**13.**    **Estimated length of trial.**

The parties anticipate that trial will last two days.

Lee D. Curry
DASPIT LAW FIRM
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
Telephone: (713) 322-4878
jmiller@daspitlaw.com

*Attorney for Plaintiff*

Thomas G. Williams, Ark. Bar No. 88186
Laura L. O'Hara, Ark. Bar No. 2021150
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telphone: (501) 379-1700
Facsimile: (501) 379-1701
twilliams@qgtlaw.com
lohara@qgtlaw.com

*Attorneys for Defendants*

4