IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON BARNES**                                                                                   **PLAINTIFF**

v.                       Case No. 4:25-CV-498-DPM

**BRINKER ARKANSAS, INC. d/b/a**
**CHILI'S GRILL & BAR**                                                 **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Jason Barnes and Defendant Brinker Arkansas, Inc. d/b/a Chili's Grill & Bar submit this Joint Status Report pursuant to the Final Scheduling Order entered October 8, 2025 (Doc. No. 13).

1. Trial is scheduled for October 5, 2026.

2. The parties intend to have discovery completed by the discovery cut-off of February 4, 2026, and plan to adhere to all remaining deadlines. There are no discovery disputes at this time.

3. There are no pending motions at this time.

4. The parties have not yet discussed settlement, but the prospects of settlement are usual, *i.e.*, there is nothing about this case that would make settlement impossible. The parties do not request a settlement conference at this time.

5. The parties estimate the duration of the trial to be one or two days.

                                                                     Respectfully submitted

                                                                     Lee D. Curry
                                                                     **DASPIT LAW FIRM**
                                                                     124 W. Capitol Ave., Ste. 1820

        Little Rock, AR 72201
        501-512-0367
        713-587-9086
        lcurry@daspitlaw.com
        Attorney for Plaintiff

By: _____
        Lee D. Curry    Ark. Bar No. 2014153

*Attorneys for the Plaintiff*

And

Thomas G. Williams, Ark. Bar No. 88186
Laura L. O'Hara, Ark. Bar No. 2021150
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
twilliams@qgtlaw.com
lohara@qgtlaw.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I served the foregoing by electronic mail on the following:

Lee D. Curry
Daspit Law Firm
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
lcurry@daspitlaw.com

*Attorneys for the Plaintiff*

And

Thomas G. Williams
Laura L. O'Hara
Quattlebaum, Grooms & Tull
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
twilliams@qgtlaw.com
lohara@qgtlaw.com

*Attorneys for Defendant*

*Laura L. O'Hara*
Laura L. O'Hara

*/s/ Lee Curry*
Lee Curry