**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON BARNES**                                                         **PLAINTIFF**

**v.**                                  **CASE NO. 4:25-CV-498-DPM**

**BRINKER ARKANSAS, INC.**                              **DEFENDANT**
**d/b/a CHILI'S GRILL & BAR**

---

### MOTION TO SUBSTITUTE COUNSEL

---

Comes now the Plaintiff, **Jason Barnes,** by and through his attorneys, Daspit Law Firm, and for his Motion to Substitute Counsel, state as follows:

1.     Attorney Lee D. Curry of Daspit Law Firm previously entered his appearance as counsel of record for Plaintiff in this proceeding and now seeks to be relieved as counsel of record.

2.     Attorney Luke Hartwick of Daspit Law Firm now represents Plaintiff and seeks to enter his appearance and be substituted as counsel of record for Plaintiff herein.

3.     Plaintiff prays that the Court enter an Order relieving Lee D. Curry and substituting Luke Hartwick as Plaintiff's counsel of record in this proceeding, and that the Court and all parties direct all future service and correspondence to him at the following address.

WHEREFORE, the Plaintiff respectfully requests that his motion be granted in all respects; that attorney Luke Hartwick be substituted for attorney Lee D. Curry as counsel of record for Plaintiff in this proceeding; and for all other proper relief to which he may be entitled.

*[Signature block on next page]*

Respectfully submitted,

Daspit Law Firm

By:    */s/ Luke M. Hartwick*
       Luke M. Hartwick (Federal: 24-136)
       Daspit Law Firm
       124 W. Capitol Ave., Ste. 1820
       Little Rock, Arkansas 72201
       Telephone: (501) 512-0367
       Fax: (713) 587-9086
       LHartwick@daspitlaw.com

       *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 31, 2026, I caused to be delivered a true and correct copy of the foregoing pleading to be electronically served on all counsel of record as provided below.

Thomas G. Williams
Laura L. O'Hara
QUATTLEBAUM, GROOMS & TULL, PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Email: twilliams@qgtlaw.com
       lohara@qgtlaw.com

*Attorneys for the Defendant*

                              */s/ Luke M. Hartwick*
                              Luke M. Hartwick