**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON BARNES**                                                                 **PLAINTIFF**

**v.**                                  **CASE NO. 4:25-CV-498-DPM**

**BRINKER ARKANSAS, INC.**                                                 **DEFENDANT**
**d/b/a CHILI'S GRILL & BAR**

---

**ORDER SUBSTITUTING COUNSEL**

---

THIS CAUSE comes to be heard on the Plaintiff's Motion to Substitute Counsel. Due notice having been given, and the court being fully advised, IT IS SO ORDERED that Luke Hartwick, Daspit Law Firm, is hereby substituted as counsel of record for Plaintiff Jason Barnes in this cause. Lee D. Curry is hereby relieved as counsel for Plaintiff.

SO ORDERED this _____ day of _____, 2026.

_____
FEDERAL DISTRICT JUDGE

Prepared by:

Luke Hartwick
*Attorney for Plaintiff*